PEOPLE, Appellant, v. JOHN PARROTT and Certain Real
Estate, Respondent.

No. 1508; January 11, 1868.

Appeal—Specification of Error.—On an Appeal from a Judgment Only, a specification that "the evidence did not justify or warrant the judgment" is insufficient.

Appeal — Review of Evidence and Findings.—The appellate court cannot review the evidence or findings of fact on an appeal from the judgment.

Appeal—Insufficiency of Statement.—No Question as to the Effect of a document introduced in evidence is presented by a statement that fails to show that at the trial such introduction was objected to, or what was the trial court's ruling, if any, in that connection.

Appeal.—A Statement That Contains the Evidence but No Ruling excepted to on any part of it is insufficient on appeal from the judgment only.

APPEAL from Tenth Judicial District, Colusa County.

D. Shepardson for appellant; G. N. Sweezy for respondent.

SAWYER, C. J.—The appeal is from the judgment, and the document called a statement on appeal presents no question in any form which entitles us to review it on an appeal from the judgment.

The specification that "the evidence did not justify or warrant the judgment," is insufficient: Hutton v. Reed, 25 Cal. 490. Besides, it has been so long settled, and so often stated, that we cannot review the evidence or findings of fact on an appeal from the judgment, that there ought not to be any occasion to repeat it. A motion for new trial is the only medium prescribed for presenting for review the matters complained of in this case: Allen v. Fennon, 27 Cal. 68; Green v. Butler, 26 Cal. 595.

The question as to the effect of the former adjudication is not presented by the statement. It does not appear that the appellant objected to its introduction in evidence, or that the court made any ruling whatsoever in respect to it, or gave any effect to the judgment when introduced. We are not in-

formed as to what view the court took in respect to it., No ruling in the progress of the trial excepted to by the appellant is found in the statement on appeal. The evidence, only, is presented, and on an appeal from the judgment only. We seem to be expected to ascertain the facts from the evidence, and then determine whether the facts so to be found by us are sufficient to justify the judgment. The statement is wholly insufficient, and the subject matter, if otherwise sufficient, is only appropriate to a statement on motion for new trial. The motion to strike out must be granted.

This leaves only the pleadings and judgment, and they disclose no error.

Motion to strike out granted, and judgment affirmed.

We concur: Sanderson, J.; Crockett, J.; Rhodes, J.; Sprague, J.